1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                          AT FRESNO

10 JOUA YANG                    )
                                )   Civil Action No. 1:05-CV-0172 REC LJO
11                              )
          Plaintiff,            )   STIPULATION AND ORDER
12                              )
   vs.                          )
13                              )
   JO ANNE B. BARNHART,         )
14 Commissioner of Social       )
   Security,                    )
15                              )
          Defendant.            )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until October 3, 2005, in which to file and

20 serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21 February 8, 2005, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1 | Dated:  September 6, 2005              /s/ Gina Fazio

2 |                                        GINA FAZIO,
                                           Attorney for Plaintiff.
3
  | Dated: September 6, 2005
4 |                                        MCGREGOR SCOTT
                                           United States Attorney
5
                                           By: /s/ Kristi C. Kapetan
6 |                                        (as authorized via facsimile)
                                           KRISTI C. KAPETAN
7 |                                        Assistant U.S. Attorney

8 |         IT IS SO ORDERED.

9 | **Dated:    September 13, 2005**         **/s/ Lawrence J. O'Neill**
  | 66h44d                                  UNITED STATES MAGISTRATE JUDGE