1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
            IN THE UNITED STATES DISTRICT COURT FOR THE
8
                  EASTERN DISTRICT OF CALIFORNIA
9
   JOUA VANG YANG,              )    1:05-cv-0172 REC LJO
10                              )
              Plaintiff,        )    STIPULATION AND ORDER
11                              )    TO EXTEND TIME
                                )
12            v.                )
                                )
13 JO ANNE B. BARNHART,         )
   Commissioner of Social       )
14 Security,                    )
                                )
15            Defendant.        )
   _____)
16

17      The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from November 7, 2005 to December 13, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28
                                1

1  This is defendant's first request for an extension of time
2  to respond to plaintiff's opening brief.  Defendant needs the
3  additional time to further review the file and prepare a response
4  in this matter.

                                    Respectfully submitted,

Dated: November 1, 2005

                                    /s/ Gina M. Fazio
                                    (as authorized by facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: November 1, 2005             McGREGOR W. SCOTT
                                    United States Attorney



                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

   IT IS SO ORDERED.

**Dated:   November 1, 2005**              **/s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE