IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUA VANG YANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | CASE NO. CV F 05-0172 AWI LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 27.) |

**INTRODUCTION**

Plaintiff Tony Silva ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to Supplemental Security Income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1382c. After review of the Administrative Record and the parties' papers, the magistrate judge issued June 12, 2006 Findings and Recommendations to DENY plaintiff's request to reverse the ALJ's decision to deny plaintiff SSI or to remand for further proceedings. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's June 12, 2006 findings and recommendations; and

2. DIRECTS this Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Joua Vang Yang and to close this action.

IT IS SO ORDERED.

**Dated:   July 18, 2006**                                   **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE